**Geoffrey R. DAVIS**

v.

**TOWN OF NARRAGANSETT.**

**No. 80–453–M.P.**

Supreme Court of Rhode Island.

Nov. 26, 1980.

Goldberg, Goldberg & Goldberg, Lawrence L. Goldberg, Pawtucket, for petitioner.

Matthew F. Callaghan, Jr., North Kingstown, for respondent.

### ORDER

The petition for writ of certiorari is denied.

**Walter H. FRICKE**

v.

**Loretta L. FRICKE.**

**No. 80–468–A.**

Supreme Court of Rhode Island.

Nov. 26, 1980.

Gerald C. DeMaria, Providence, for plaintiff-respondent.

Pamela M. Macktaz, Woonsocket, for defendant-petitioner.

### ORDER

The petitioner's motion to dismiss this appeal is hereby granted.

**Raymond W. BENNETT, Jr.**

v.

**Eleanor R. BENNETT.**

**No. 79–77–Appeal.**

Supreme Court of Rhode Island.

Dec. 11, 1980.

James P. Flynn, North Kingstown, for plaintiff.

Alfred Factor, Providence, for defendant.

### ORDER

This case came before us on December 3, 1980 pursuant to our order directing plaintiff to appear and show cause why his appeal should not be dismissed. After consideration of the arguments presented, we believe that cause has been shown.

Accordingly, it is hereby ordered that this appeal be restored to the regular calendar.